IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMANTHA ALEXANDRIA LEASK,  : Civ. No. 1:23-CV-1817
:
   Plaintiff,  :
:
      v.  : (Chief Magistrate Judge Bloom)
FRANK BISIGNANO,  :
Commissioner of Social Security,[1]  :
:
   Defendant  :

# ORDER

AND NOW, this 9th day of June 2025, upon consideration of Petitioner's timely motion (Doc. 23) for Attorney's fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by the Defendant, it is hereby ORDERED as follows:

1. The Court authorizes a payment to Plaintiff's counsel in this matter in the total amount of seventeen thousand five hundred fifty dollars and no cents ($17,550.00) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services, and;

2. Upon receipt of this sum, Plaintiff's counsel shall remit four thousand eight hundred dollars and no cents ($4,800.00) directly to Plaintiff, representing the sum already paid to counsel on Plaintiff's

---

[1] On May 7, 2025, Frank Bisignano became the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Frank Bisignano is substituted as the defendant in this suit.

behalf pursuant to the Equal Access to Justice Act, 28 § U.S.C. § 2412.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge
